CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
August 12, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT SHERMAN,** )  | |
|     Plaintiff, ) | Case No. 7:25-cv-00478 |
| ) | |
| v. ) | |
| ) | By: Michael F. Urbanski |
| **LEAH SPARKS,** ) | Senior United States District Judge |
|     Defendant. ) | |

## MEMORANDUM OPINION

Robert Sherman, an inmate proceeding pro se and without prepayment of the filing fee, filed this civil action under 42 U.S.C. § 1983 against Leah Sparks. Sherman claims that Sparks has unlawfully denied him access to a treatment program offered at the Western Virginia Regional Jail. Because Sherman's claim is duplicative of the claim asserted in Sherman v. Sparks, No. 7:25-cv-00470 (W.D. Va.), which remains pending, this action will be dismissed without prejudice.

Under 28 U.S.C. § 1915(e), which governs in forma pauperis proceedings, the court has a mandatory duty to screen initial filings. Eriline Co. S.A. v. Johnson, 440 F.3d 648, 656–57 (4th Cir. 2006). "Because district courts are not required to entertain duplicative or redundant lawsuits," a duplicative action may be dismissed. McClary v. Lightsey, 673 F. App'x 357, 357 (4th Cir. 2017) (citing Aziz v. Burrows, 976 F.2d 1158, 1158 (8th Cir. 1992)). "Generally, lawsuits are duplicative if the parties, issues, and available relief are not different from each other." Id. (citing Georgia ex rel. Olens v. McCarthy, 833 F.3d 1317, 1321 (11th Cir. 2016)).

Upon review of the complaint, the court concludes that the instant action is duplicative of <u>Sherman v. Sparks</u>, No. 7:25-cv-00470, which was filed first. In both cases, Sherman claims that Sparks has discriminated against him by denying him access to a program that a court ordered him to complete. <u>See</u> Compl., <u>Sherman v. Sparks</u>, No. 7:25-cv-00470 (W.D. Va. July 7, 2025); Compl., <u>Sherman v. Sparks</u>, No. 7:25-cv-00478 (W.D. Va. July 18, 2025). Because the instant action involves the same claim at issue in Case No. 7:25-cv-00470, it will be dismissed without prejudice as duplicative. Since the complaint filed in this action contains additional factual content, the court will direct the Clerk to docket it as an amended complaint in Case No. 7:25-cv-00470.

For the foregoing reasons, this action is **DISMISSED** without prejudice. An appropriate order will be entered.

Entered: August 12, 2025

Michael F. Urbanski
U.S. District Judge
2025.08.12 10:07:02
-04'00'

Michael F. Urbanski
Senior United States District Judge